UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

CEDRIC JACKSON                                                              PLAINTIFF

VS.                             4:17CV00769 BRW/JTR

TIM RYALS, Sheriff,
Faulkner County Sheriff's Office, *et al.*                                  DEFENDANTS

# **ORDER**

I have reviewed the Recommendation submitted by United States Magistrate Judge J. Thomas Ray. No objections were filed. After careful review, I approve and adopt the Recommendation in its entirety as my findings in all respects.

Jackson may proceed with his claims against Ryals, Randell, Andrews and Stewart, in their individual and official capacities, for subjecting him to unconstitutional conditions of confinement due to overcrowding and for failing to provide any mental health care for his resulting psychological injuries. The Clerk is directed to prepare a summons for each of them at the Faulkner County Detention Center. The United States Marshal is directed to serve the summons, substituted complaint, supplement to substituted complaint,[3] and this order on them without prepayment of fees and costs or security. If any of the defendants are no longer Faulkner County employees, the individual responding to service must file a **sealed** statement providing the unserved defendant's last known private mailing address.

---

[3] Doc. Nos. 9 & 10.

Jackson's claim that he received inadequate medical care for a hand injury is dismissed without prejudice. Huffman is dismissed without prejudice as a defendant in this action. I certify that an *in forma pauperis* appeal of these rulings would not be taken in good faith.[4]

IT IS SO ORDERED this 5th day of June, 2018.

/s/ Billy Roy Wilson_____
UNITED STATES DISTRICT JUDGE

---

[4] 28 U.S.C. § 1915(a)(3).