IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**CEDRIC JACKSON**  PLAINTIFF
ADC #554571

VS.  4:17CV00769-BRW-JTR

**TIM RYALS**, Sheriff, Faulkner County Sheriff's
Office; **GARRY STEWART**, Physician,
Faulkner County Jail Unit 1; **JOHN RANDALL**,
Major, Faulkner County Jail Unit 1; and
**GARY ANDREWS**, Lieutenant,
Faulkner County Jail Unit 1  DEFENDANTS

## ORDER

I have reviewed the Recommendation submitted by United States Magistrate Judge J. Thomas Ray. No objections were filed. After careful review, I approve and adopt the Recommendation.

Accordingly, Defendants' motion for summary judgment (Doc. No. 32) is GRANTED, and Plaintiff's claims are DISMISSED without prejudice.

IT IS SO ORDERED this 25th day of February, 2019.

/s/ Billy Roy Wilson_____
UNITED STATES DISTRICT JUDGE