IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

CEDRIC JACKSON                                                          PLAINTIFF
ADC #554571

VS.                         4:17CV00769-BRW-JTR

TIM RYALS, Sheriff, Faulkner County Sheriff's
Office; GARRY STEWART, Physician,
Faulkner County Jail Unit 1; JOHN RANDALL,
Major, Faulkner County Jail Unit 1; and
GARY ANDREWS, Lieutenant,
Faulkner County Jail Unit 1                                            DEFENDANTS

## JUDGMENT

Based on the Order entered today, this case is dismissed and all relief sought is denied.

IT IS SO ORDERED this 25th day of February, 2019.

/s/ Billy Roy Wilson_____
UNITED STATES DISTRICT JUDGE